UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LOREN D. GARY Esq., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01555-JRO-MJD |
| | ) | |
| TRENT ALLEN, | ) | |
| CHARLEY FOX, | ) | |
| ANDY COLE, | ) | |
| LLYOD ARNOLD, | ) | |
| ERNEST Capt'n, | ) | |
| JACKSON Capt'n, | ) | |
| HOAK Sgt., | ) | |
| SAXON Sgt., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Court's screening order at Docket No. 12 dismissed the operative complaint pursuant to 28 U.S.C. § 1915A. The plaintiff was given a period of time in which to file an amended complaint that would cure the deficiencies identified in the Court's order. Dkt. 12 at 8–9. The Court also warned the plaintiff that "if no amended complaint is filed, this action will be dismissed without further notice or opportunity to show cause." *Id.* at 9.

The plaintiff has failed to amend his complaint, and the deadline to do so has passed. For the reasons stated in the Court's screening order, the plaintiff's allegations are insufficient to state a claim. *Id.* at 3–8. Therefore, this action is **dismissed for failure to state a claim upon which relief can be granted**. 28

1

U.S.C. § 1915A; *see also Childress v. Walker,* 787 F.3d 433, 441 (7th Cir. 2015); *Paul v. Marberry,* 658 F.3d 702, 705 (7th Cir. 2011).

Also, because this case is being dismissed for failure to state a claim, the plaintiff is warned that it may constitute a "strike" under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* after having three cases or appeals dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Hill v. Madison Cty., Ill.,* 983 F.3d 904, 906 (7th Cir. 2020) ("It makes good sense for a judge who believes a dismissal to come within the scope of § 1915(g) to include notice to that effect," even though later courts must make the conclusive determination of whether each prior dismissal meets the statutory definition).

In addition, the Court informs the plaintiff that he has now accumulated at least three possible "strikes" for purposes of proceeding *in forma pauperis* in future cases. *See Gary v. Thompson,* No. 1:25-cv-01274-TWP-MG, dkt. 8 (dismissing action for failure to state a claim); *Gary v. O'Brien,* No. 1:25-cv-01416-SEB-CSW, dkt. 8 (same); *Gary v. O'Brien,* No. 1:25-cv-01519-SEB-CSW, dkt. 8 (same).

Final judgment shall now issue by separate entry.

**SO ORDERED.**

Date:  4/20/2026

_____

Justin R. Olson
United States District Judge
Southern District of Indiana

2

Distribution:

LOREN D. GARY
251375
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064